UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD A.,<br><br>                              Plaintiff,<br><br>v.<br><br>Kilolo KIJAKAZI, Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 22-cv-00504-AGS<br><br>**ORDER ON MOTIONS FOR SUMMARY JUDGMENT**<br>**(ECF Nos. 13 & 15)** |

    On February 1, 2023, the Court heard argument on plaintiff's appeal of his denial of disability benefits. For the reasons set out on the record, the Court finds that the Administrative Law Judge failed to give "'specific, clear and convincing reasons'" for discounting plaintiff's testimony. *Ghanim v. Colvin*, 763 F.3d 1154, 1163 (9th Cir. 2014) (quoting *Vasquez v. Astrue*, 572 F.3d 586, 591 (9th Cir. 2009)); *see also Brown-Hunter v. Colvin*, 806 F.3d 487, 494 (9th Cir. 2015) (rejecting an ALJ adverse-credibility determination when she merely listed medical evidence that purportedly supported her conclusion without explanation).

    Plaintiff's motion for summary judgment (ECF 13) is **GRANTED**, the Commissioner's cross-motion for summary judgment (ECF 15) is **DENIED**, and the case is remanded to the Social Security Administration for further proceedings consistent with this opinion. The Clerk is directed to issue a judgment and to close this case.

    **IT IS SO ORDERED.**

Dated: February 2, 2023

                                                                                        Hon. Andrew G. Schopler
                                                                                       United States Magistrate Judge