UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD A.., <br><br>　　　　　　　　　Plaintiff, <br><br>v. <br><br>Kilolo KIJAKAZI, <br><br>　　　　　　　　　Defendant. | Case No.: 22-cv-0504-AGS <br><br>**ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES AND EXPENSES (ECF 21)** |

The parties' joint motion for fees and costs under the Equal Access to Justice Act (ECF 21) is **GRANTED**. Plaintiff is awarded fees and expenses in the amount of $5,300.00 as authorized by 28 U.S.C. § 2412(d), and no costs. The award shall be dispensed per the terms of the unopposed motion.

Dated: February 8, 2023

_____
Hon. Andrew G. Schopler
United States Magistrate Judge

1

22-cv-0504-AGS